**THE COSTA LAW FIRM**
DANIEL P. COSTA, State Bar No. 110919
NATALIE S. BUSTAMANTE, State Bar No. 258724
2489 Sunrise Boulevard, Suite A
Gold River, CA 95670
Telephone:  (916) 400-2734
Facsimile:  (916) 400-2744

Attorneys for Defendants
**Darold Kohout**, in his individual and representative capacity as Trustee, Kohout Family Trust;
**Lynnette M. Kohout**, in her individual capacity and representative capacity as Trustee,
Kohout Family Trust; **Sacramento Vintage Ford, Inc.**, a California Corporation.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>                    Plaintiff,<br><br>vs.<br><br>DAROLD D. KOHOUT, in his individual and representative capacity as Trustee, Kohout Family Trust; LYNNETTE M. KOHOUT, in her individual capacity and representative capacity a Trustee, Kohout Family Trust; SACRAMENTO VINTAGE FORD, INC., a California Corporation,<br><br>                    Defendants. | CASE NO:  2:13-CV-01782-MCE-CKD<br><br>**JOINT STIPULATION TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM; ORDER** |

        Plaintiff SCOTT JOHNSON, and Defendants **DAROLD D. KOHOUT**, in his individual and representative capacity as Trustee, Kohout Family Trust; **LYNNETTE M. KOHOUT**, in her individual capacity and representative capacity as Trustee, Kohout Family Trust; and **SACRAMENTO VINTAGE FORD, INC.,** a California corporation (collectively "Defendants"), through their respective counsel of record, hereby stipulate and request that the Court enter an Order to refer the above-captioned matter to the Eastern District's Voluntary Dispute Resolution Program ("VDRP") pursuant to Local Rule 271.

1   Both parties have conferred and confirmed that VDRP will be the most effective means to

2   resolve this matter.

3   Therefore, **IT IS HEREBY STIPULATED** by and between all the parties to this action to

4   refer this matter to the Eastern District Court's Voluntary Dispute Resolution Program.

7   DATED: November 11, 2013          **THE COSTA LAW FIRM**

9                              By:   _/S/ NATALIE S. BUSTAMANTE_____

10                                    NATALIE S. BUSTAMANTE
                                     Attorneys for Defendants

11                                    DAROLD D. KOHOUT; LYNNETTE M. KOHOUT;
                                     AND SACRAMENTO VINTAGE FORD, INC.

14   DATED: November 11, 2013          **POTTER HANDY, LLP**

16                              By:   _/S/ PHYL GRACE_____ ____

17                                    PHYL GRACE
                                     Attorneys for Plaintiff

18                                    SCOTT JOHNSON

1

## **ORDER**

2      Based upon the above stipulation of the parties, and good cause appearing therefor, **IT IS**

3   **HEREBY ORDERED** that this action be referred to the Eastern District Court's Voluntary Dispute

4   Resolution Program.

5      **IT IS SO ORDERED.**

6   **Dated:  November 18, 2013**

7

8   _____
    MORRISON C. ENGLAND, JR., CHIEF JUDGE

9   UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28