**THE COSTA LAW FIRM**
DANIEL P. COSTA, State Bar No. 110919
NATALIE S. BUSTAMANTE, State Bar No. 258724
2489 Sunrise Boulevard, Suite A
Gold River, CA 95670
Telephone: (916) 400-2734
Facsimile:  (916) 400-2744

Attorneys for Defendants
**Darold D. Kohout**, in his individual and representative capacity as Trustee, Kohout Family Trust;
**Lynnette M. Kohout**, in her individual capacity and representative capacity as Trustee, Kohout Family Trust; **Sacramento Vintage Ford, Inc.**, a California Corporation.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br>             Plaintiff,<br><br>vs.<br><br>DAROLD D. KOHOUT, in his individual and representative capacity as Trustee, Kohout Family Trust; LYNNETTE M. KOHOUT, in her individual capacity and representative capacity as Trustee, Kohout Family Trust; SACRAMENTO VINTAGE FORD, INC., a California Corporation,<br><br>             Defendants. | CASE NO:  2:13-CV-01782-MCE-CKD<br><br>**JOINT STIPULATION TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM; ORDER** |

Plaintiff SCOTT JOHNSON, and Defendants **DAROLD D. KOHOUT**, in his individual and representative capacity as Trustee, Kohout Family Trust; **LYNNETTE M. KOHOUT**, in her individual capacity and representative capacity as Trustee, Kohout Family Trust; and **SACRAMENTO VINTAGE FORD, INC.**, a California corporation (collectively "Defendants"), through their respective counsel of record, hereby stipulate and request that the Court enter an Order to refer the above-captioned matter to the Eastern District's Voluntary Dispute Resolution Program ("VDRP") pursuant to Local Rule 271.

1  Both parties have conferred and confirmed that VDRP will be the most effective means to
2  resolve this matter.
3  Therefore, **IT IS HEREBY STIPULATED** by and between all the parties to this action to
4  refer this matter to the Eastern District Court's Voluntary Dispute Resolution Program.

DATED: November 11, 2013              **THE COSTA LAW FIRM**

                                      By:    /S/ NATALIE S. BUSTAMANTE
                                             NATALIE S. BUSTAMANTE
                                             Attorneys for Defendants
                                             DAROLD D. KOHOUT; LYNNETTE M. KOHOUT;
                                             AND SACRAMENTO VINTAGE FORD, INC.

DATED: November 11, 2013              **POTTER HANDY, LLP**

                                      By:    /S/ PHYL GRACE
                                             PHYL GRACE
                                             Attorneys for Plaintiff
                                             SCOTT JOHNSON

**ORDER**

Based upon the above stipulation of the parties, and good cause appearing therefor, **IT IS HEREBY ORDERED** that this action be referred to the Eastern District Court's Voluntary Dispute Resolution Program.

**IT IS SO ORDERED.**

**Dated:  November 18, 2013**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT