UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br>          Plaintiff,<br><br>v.<br><br>DAROLD D. KOHOUT, in his individual and representative capacity as Trustee, Kohout Family Trust; LYNNETTE M. KOHOUT, in her individual capacity and representative capacity as Trustee, Kohout Family Trust; SACRAMENTO VINTAGE FORD, INC., a California Corporation,<br><br>          Defendants. | CASE NO: 2:13-CV-01782-MCE-CKD<br><br>**STIPULATION FOR DISMISSAL; ORDER** |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), this action is hereby DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk of Court is directed to close this file.

IT IS SO ORDERED.

Dated: January 16, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

1